IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEBBIE MIRANDA CRENSHAW**                                             **PLAINTIFF**

**VS.**                                              **CAUSE NO. 4:17-CV-00063-DMB-JMV**

**MONTGOMERY COUNTY, MISSISSIPPI;
and MONTGOMERY COUNTY SHERIFF'S
DEPARTMENT**                                                           **DEFENDANTS**

<u>**NOTICE OF SETTLEMENT**</u>

COMES NOW Plaintiff Debbie Miranda Crenshaw, by and through counsel, and hereby notifies the Court that the above-entitled action has been settled and may be removed from the Court's active docket.

RESPECTFULLY SUBMITTED, this the 3rd day of January, 2018.

                                                    DEBBIE MIRANDA CRENSHAW, Plaintiff

By:     */s/ Ron L. Woodruff*
            Jim Waide, MS Bar No. 6857
            waide@waidelaw.com
            Ron L. Woodruff, MS Bar No. 100391
            rlw@waidelaw.com
            WAIDE & ASSOCIATES, P.A.
            332 North Spring Street
            Tupelo, MS 38804-3955
            Post Office Box 1357
            Tupelo, MS 38802-1357
            (662) 842-7324 / Telephone
            (662) 842-8056 / Facsimile

            ATTORNEYS FOR PLAINTIFF

00322231.WPD

## **CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing **Notice of Settlement** with the Clerk of the Court, utilizing the federal court electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Kimberly S. Rosetti, Esquire**
**Copeland, Cook, Taylor & Bush, P.A.**
**Post Office Box 10**
**Gulfport, MS 39502-0010**
**krosetti@cctb.com**
**pmorgan@cctb.com**

**Rebecca S. Blunden, Esquire**
**Copeland, Cook, Taylor & Bush, P.A.**
**Post Office Box 6020**
**Ridgeland, MS 39158-6060**
**rblunden@cctb.com**
**tcouey@cctb.com**

DATED, this the 3rd day of January, 2018.

>                             */s/ Ron L. Woodruff*
>                             Ron L. Woodruff