**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DEBBIE MIRANDA CRENSHAW**                                           **PLAINTIFF**

**V.**                                       **NO. 4:17-CV-63-DMB-JMV**

**MONTGOMERY COUNTY,**
**MISSISSIPPI, et al.**                                                                **DEFENDANTS**

## ORDER CLOSING CASE

On January 3, 2018, Debbie Miranda Crenshaw filed a "Notice of Settlement," stating that this "action has been settled and may be removed from the Court's active docket." Doc. #38. Accordingly, the Clerk of the Court is **DIRECTED** to administratively close this case pending the filing of a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED**, this 8th day of January, 2018.

                                                                          **/s/Debra M. Brown**
                                                                          **UNITED STATES DISTRICT JUDGE**